IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JORAUN DAVID REED LATTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | CASE NOS. CV410-007<br>CR407-044 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's motion under 28 U.S.C. § 2255 is **DENIED**. Accordingly, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 28th day of June 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA